IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **THE BAKER GROUP, L.C., et al.,** | ) | |
| | ) | |
| Appellants, | ) | |
| | ) | |
| vs. | ) | Case No. 05-CV-0123-JPG |
| | ) | |
| **FRED and EUGENIA PARSONS, et al.,** | ) | Bankruptcy Appeal |
| | ) | |
| Appellees. | ) | |

## JUDGMENT

In accordance with the Order entered this day, this action is **DISMISSED** with prejudice.

NORBERT G. JAWORSKI, CLERK OF COURT

**January 17, 2007.**          By:s/Deborah Agans
*Date*                          *Deputy Clerk*

Approved: *s/ J. Phil Gilbert*          EOD:1/17/07